# Court of Appeals
# of the State of Georgia

ATLANTA,  February 18, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0197. KRISTINE ANN MCINERNEY v. JEFFREY ALLEN MCINERNEY.**

After plaintiff Kristine McInerney ("Wife") filed a complaint for divorce, defendant Jeffrey McInerney ("Husband") filed a motion to dismiss the complaint pursuant to OCGA § 9-10-31.1, Georgia's forum non conveniens statute. Wife opposed Husband's motion to dismiss, arguing, in relevant part, that dismissing a divorce action under OCGA § 9-10-31.1 violates the state constitutional provision governing venue for divorce cases. See Ga. Const. of 1983, Art. VI, Sec. II, Par. I. The trial court granted Husband's motion to dismiss, expressly rejecting Wife's constitutional challenge to the applicability of OCGA § 9-10-31.1 to this case. Wife then filed this application for discretionary review, seeking to appeal the grant of Husband's motion to dismiss. We lack jurisdiction.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)). Because the trial court rejected Wife's challenge to the constitutionality of OCGA § 9-10-31.1 as applied to this case, it appears that jurisdiction over this application lies in the Supreme Court. As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis*

*& Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/18/2021*
  *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
  *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*